# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| PEGGY H. PHILLIPS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:15-CV-192-TAV-HBG |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## JOINT MOTION TO DISMISS WITH FULL PREJUDICE AS TO REFILING

Come your parties, by and through counsel, and jointly move the Court to dismiss this action with full prejudice as to refiling. The parties would show that a settlement agreement has been reached by and between the parties requiring dismissal of this action.

Respectfully submitted this 21ST day of November, 2016.

**HODGES, DOUGHTY & CARSON, PLLC**

/s/ Joshua M. Ball
Joshua M. Ball (BPR #020626)
Mabern E. Wall BPR #031328)
617 Main Street
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307 (phone)
(865) 292-2321 (fax)
*Attorneys for Plaintiff*

**PAINE | BICKERS, LLP**

/s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
(865) 525-0880 (phone)
(865) 521-7441 (fax)
*Counsel for State Farm Fire and Casualty*