UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PEGGY PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:15-CV-192-TAV-HBG |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This civil action is before the Court on the parties' Joint Motion to Dismiss with Full Prejudice as to Refiling [Doc. 19]. The parties jointly move the Court to dismiss this action with prejudice. The parties submit that they have reached a settlement agreement and the agreement requires dismissal of this action.

Having reviewed the record, and in light of the parties' agreement, the Court hereby **GRANTS** the motion [Doc. 19] and **DISMISSES with prejudice** all claims. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT